```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

MONICA CLARK, et al.          :

                                           :

    v.                        : Civil Action No. DKC 2005-0103

                                           :

CREATIVE HAIRDRESSERS, INC.,
et al.                        :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of November, 2005, by the United States District Court for the District of Maryland, ORDERED that:

    1.  The motion of Plaintiffs for class certification (paper 31), BE, and the same hereby IS, DENIED;

    2.  The motion of Defendants to strike Exhibit H from Plaintiffs' motion for class certification (paper 37), BE, and the same hereby IS, DENIED;

    3.  The motion of Defendants for summary judgment (paper 30), BE, and the same hereby IS, GRANTED;

    4.  The motion of Plaintiffs to amend the complaint to add additional plaintiffs (paper 17), BE, and the same hereby IS, DENIED as moot;

    5.  The motion of Plaintiffs for a preliminary injunction (paper 26), BE, and the same hereby IS, DENIED as moot;

    6.  Plaintiffs' objections to Magistrate Judge Connelly's October 7, 2005, Order (paper 56), and motion to exceed ten

depositions and forty hours of depositions (paper 51), BE, and the same hereby ARE, DENIED as moot;

    7. Judgment BE, and the same hereby IS, ENTERED in favor of Creative Hairdressers, Inc., and Ratner Companies, L.C., and against Monica Clark and Leslie Mercer on all claims; and

    8.  The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                      /s/
                                         DEBORAH K. CHASANOW
                                         United States District Judge