Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 997887 | 06/22/2005 | 01-21703 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/01/2005 | GRANWA | DKC 2005-103 |

| CASE CAPTION |
|---|
| Clark, et al v. Creative Hairdressers, Inc., et al |

| TERMS |
|---|
| Due upon receipt |

A. Craig Cleland, Esq.
Ogletree Deakins Nash Smoak & Stewart, PC
2100 Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    MONICA CLARK                        201 Pages @      3.65/Page       733.65
        EXHIBITS                          5 Pages @       .25/Page         1.25
        Condensed Trans w/ Index                                          15.00
        Disk: ASCII Format                                                10.00
        E-Transcript                    201.00 Pages @    .00/Page         n/c
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    LESLIE MERCER                       171 Pages @      3.65/Page       624.15
        EXHIBITS                         42 Pages @       .25/Page        10.50
        Condensed Trans w/ Index                                          15.00
        Disk: ASCII Format                                                10.00
        E-Transcript                    171.00 Pages @    .00/Page         n/c
        Shipping & Handling                                               59.00
                                                                       --------
                                        TOTAL   DUE    >>>>            1,478.55
                                        AFTER 07/22/2005 PAY           1,626.41
```

TAX ID NO.: 52-1358946                                      (404) 881-1300   Fax (404) 870-1732

*Please detach bottom portion and return with payment.*

A. Craig Cleland, Esq.
Ogletree Deakins Nash Smoak & Stewart, PC
2100 Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308

Job No.      :  01-21703
Case No.     :  DKC 2005-103
Clark, et al v. Creative Hairdresser

Invoice No.: 997887
Date         :  06/22/2005
**TOTAL DUE** :     **1,478.55**
AFTER 7/22/2005 PAY : 1,626.41

PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____  Phone #: _____
Cardholder's Signature: _____

Remit To:   **Olender Reporting, Inc.**
            **1522 K Street, NW, Suite 720**
            **Washington, DC 20005**

# BRADFORD ASSOCIATES

*2622 NORTH FAIRFAX DRIVE*
*ARLINGTON, VA  22201*
*VOICE: (703) 525-8251 -- TOLL FREE: (877) 718-1850*
*FAX: (703) 525-3212 -- INTERNET: BDRASSOC@AOL.COM*
*EIN ID# 54-1611666*

RECEIVED AUG 2 6 2005 By_____

STEVEN R. SEMLER, ESQ.
Ogletree, Deakins, Nash et al.
2400 N Street, Northwest
Fifth Floor
Washington, DC  20037

August 22, 2005

**Invoice#** 35953

**Balance:** $1,296.25

**Re:** CLARK & MERCER V. CREATIVE HAIRDRESSERS, INC.
on 07/26/05 by PATRICIA A. EDWARDS

RECEIVED OCT 4 2005 By_____

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION(S) OF: AMMAR AL-NAZER, CATHERINE HALL, LEVI HAMILTON AND DIANE BETHEL | |
| 1 COPY - TOTAL OF 491 EPAGES | 1,131.25 |
| DISK OF ALL TRANSCRIPTS (4) | 100.00 |
| DELIVERY/HANDLING | 65.00 |

***WE ACCEPT VISA & MASTERCARD***
!FREE MINISCRIPT, ALL-WORD INDEX & ASCII TO NOTING
ATTORNEY ON REQUEST * !FREE CONFERENCE ROOMS *

1.50% per month on unpaid balance

P l e a s e   R e m i t  - - ->  Total Due: $1,296.25

*THIS INVOICE IS DUE AND PAYABLE WITHIN 30 DAYS*
*THANK YOU FOR YOUR CONTINUED BUSINESS*

# BRADFORD ASSOCIATES

*2622 NORTH FAIRFAX DRIVE*
*ARLINGTON, VA   22201*
*VOICE: (703) 525-8251 -- TOLL FREE: (877) 718-1850*
*FAX: (703) 525-3212 -- INTERNET: BDRASSOC@AOL.COM*
*EIN ID# 54-1611666*

STEVEN R. SEMLER, ESQ.  
Ogletree, Deakins, Nash et al.  
2400 N Street, Northwest  
Fifth Floor  
Washington, DC  20037

September 14, 2005

Invoice# 36058

Balance:     $544.50

**Re**: CLARK & MERCER VS. HAIRCUTTERIES
    *on* 08/31/05 *by* PATRICIA A. EDWARDS

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION(S) OF: | |
| NICOLE DOUGLAS | |
| 1 COPY - TOTAL OF 222 PAGES | 499.50 |
| FLOPPY DISK OF TRANSCRIPT(S) | 25.00 |
| DELIVERY/HANDLING | 20.00 |

***WE ACCEPT VISA & MASTERCARD***
!FREE MINISCRIPT, ALL-WORD INDEX & ASCII TO NOTING
ATTORNEY ON REQUEST * !FREE CONFERENCE ROOMS *
WE EMAIL TRANSCRIPTS * REAL-TIME * CAPTIONING *

1.50% per month on unpaid balance

         P l e a s e   R e m i t   - - - >   Total Due:     $544.50

*THIS INVOICE IS DUE AND PAYABLE WITHIN 30 DAYS*
*THANK YOU FOR YOUR CONTINUED BUSINESS*

## BRADFORD ASSOCIATES
*2622 NORTH FAIRFAX DRIVE*
*ARLINGTON, VA 22201*
*VOICE: (703) 525-8251 -- TOLL FREE: (877) 718-5850*
*FAX: (703) 525-3212 -- INTERNET: BDRASSOC@AOL.COM*
*EIN ID# 54-1611666*

RECEIVED AUG 26 2005

STEVEN R. SEMLER, ESQ.
Ogletree, Deakins, Nash et al.
2400 N Street, Northwest
Fifth Floor
Washington, DC 20037

August 22, 2005

Invoice# 35955

Balance: $1,000.75

Re: CLARK & MERCER VS. CREATIVE HAIRDRESSES, INC.
on 08/03/05 by PATRICIA A. EDWARDS


RECEIVED OCT 4 2005 By_____

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION(S) OF: TONIA PATT AND WALID SHAKER | |
| 1 COPY - TOTAL OF 389 EPAGES | 895.75 |
| DISK OF ALL TRANSCRIPTS (2) | 50.00 |
| DELIVERY/HANDLING | 55.00 |

***WE ACCEPT VISA & MASTERCARD***
!FREE MINISCRIPT, ALL-WORD INDEX & ASCII TO NOTING
ATTORNEY ON REQUEST * !FREE CONFERENCE ROOMS *

1.50% per month on unpaid balance

P l e a s e   R e m i t   - - ->   Total Due: $1,000.75

*THIS INVOICE IS DUE AND PAYABLE WITHIN 30 DAYS*
*THANK YOU FOR YOUR CONTINUED BUSINESS*

*charge Hair Cutters Clothes pay bill*

# BRADFORD ASSOCIATES
*2622 NORTH FAIRFAX DRIVE*
*ARLINGTON, VA 22201*
VOICE: (703) 525-8251 -- TOLL FREE: (877) 718-1850
FAX: (703) 525-3212 -- INTERNET: BDRASSOC@AOL.COM
*EIN ID# 54-1611666*

RECEIVED AUG 19 2005 BY

STEVEN R. SEMLER, ESQ.
Ogletree, Deakins, Nash et al.
2400 N Street, Northwest
Fifth Floor
Washington, DC 20037

August 15, 2005

Invoice# 35929

Balance: $1,415.50

**Re**: CLARK & MERCER VS. CREATIVE HAIRDRESSES, INC.
on 07/22/05 by PATRICIA A. EDWARDS

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION(S) OF: | |
| DONNELL CATE | |
| 1 COPY - TOTAL OF 552 EPAGES | 1,345.50 |
| FLOPPY DISK OF TRANSCRIPT(S) | 35.00 |
| DELIVERY/HANDLING | 35.00 |

\*\*\*WE ACCEPT VISA & MASTERCARD\*\*\*
!FREE MINISCRIPT, ALL-WORD INDEX & ASCII TO NOTING
ATTORNEY ON REQUEST * !FREE CONFERENCE ROOMS *

1.50% per month on unpaid balance

P l e a s e   R e m i t   - - ->   Total Due: $1,415.50

*THIS INVOICE IS DUE AND PAYABLE WITHIN 30 DAYS*
*THANK YOU FOR YOUR CONTINUED BUSINESS*



# Document Technologies, Inc.

2000 M Street, NW
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 206093

Invoice Date: 08/31/05

COPY

Bill To:
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
2400 N St., NW
5th Floor
Washington, DC 20037
Joyce Wolfgang

Ship To:
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
2400 N St., NW
5th Floor
Washington, DC 20037

| | |
|---|---|
| Customer ID | 14655 |
| Terms | Net 15 Days |
| SalesPerson | DC PD |
| P.O. Number | |

| | |
|---|---|
| Client / Matter No. | 003269.000012 |
| Job No. | 08-270 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 298 | 1 copy of 298 originals | 0.12 | 35.76 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 35.76 |
| Total Sales Tax: | 2.06 |
| Total: | 37.82 |

Accepted By: _____

Remit To: Document Technologies, Inc.
2000 M Street, NW
Washington, DC 20036



# Document Technologies, Inc.

2000 M Street, NW
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 205938

Invoice Date: 08/31/05

COPY

Bill To:
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
2400 N St., NW
5th Floor
Washington, DC 20037
Joyce Wolfgang

Ship To:
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
2400 N St., NW
5th Floor
Washington, DC 20037

| | | |
|---|---|---|
| Customer ID | 14655 | |
| Terms | Net 15 Days | |
| SalesPerson | DC PD | |
| P.O. Number | | |

| | |
|---|---|
| Client / Matter No. | 003629.000012 |
| Job No. | 08-284 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 83 | Scanning - B/W | 0.10 | 8.30 |
| 1 | Burn CD - Master | 25.00 | 25.00 |
| 83 | PDF File Conversion | 0.02 | 1.66 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 34.96 |
| Total Sales Tax: | 2.01 |
| Total: | 36.97 |

Accepted By: _____

Remit To: Document Technologies, Inc.
2000 M Street, NW
Washington, DC 20036



**Document Technologies, Inc.**
2000 M Street, NW
Washington, DC 20036
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 206091

Invoice Date: 08/31/05

COPY

Bill To:
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
2400 N St., NW
5th Floor
Washington, DC 20037
Joyce Wolfgang

Ship To:
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
2400 N St., NW
5th Floor
Washington, DC 20037

| | | | |
|---|---|---|---|
| Customer ID | 14655 | Client / Matter No. | 003629.000012 |
| Terms | Net 15 Days | Job No. | 08-283 |
| SalesPerson | DC PD | Nat'l Acct Name | |
| P.O. Number | | Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,340 | 5 copies of 268 originals | 0.12 | 160.80 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 160.80 |
| Total Sales Tax: | 9.25 |
| Total: | 170.05 |

Accepted By: _____

Remit To: Document Technologies, Inc.
2000 M Street, NW
Washington, DC 20036

# ImageNet
### COPYING AND IMAGING SERVICES

2000 M Street, N.W. Suite 650
Washington DC 20036
Phone: 202-872-0700
Fax: 202-872-0144
Federal Tax I.D. #: 52-2113260

**REMIT TO:**
ImageNet of Washington DC, Ltd.
P.O. Box 613310
Dallas, TX 75261

# INVOICE

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 10/24/2005 | 116445 | 1 |

| | | |
|---|---|---|
| **SOLD TO** | OGLETREE, DEAKINS, NASH, SMOA<br>2400 N STREET, N.W<br>5TH FLOOR<br>WASHINGTON    DC 20037 | **SHIP TO** OGLETREE, DEAKINS, NASH, SMOAK<br>2400 N STREET, N.W<br>5TH FLOOR<br>WASHINGTON    DC 20037 |

| ORDER NO | ORDER DATE | CUSTOMER NUMBER | SALES REP | PURCHASE ORDER NUMBER | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 1005076 | 10/24/2005 | | PLD | 3629.12 | | 10/24/2005 | NET 10 |

| QUANTITY | PRODUCT CODE | PRODUCT DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 4618.0000 | BL | LABELING | 0.060 | 277.08 |
| 16000.0000 | MED | MEDIUM HANDLING COPIES<br>FOR SEMLER/FLOOD<br>RE  3629.12 | 0.150 | 2400.00 |

RECEIVED NOV 4 2005
By _____

Vendor # _____   Location # 123
Approved by X aw   Date 11/4/05
G/L code  02012
Client/Matter # 003629-12
Cost Code  5081
Voucher # _____   Pay Date _____

Confirmation of Agreement. Customer agrees to pay ImageNet the total amount due for the services and goods identified herein within 10 days after delivery of this invoice to Customer. ImageNet's services are provided according to ImageNet's Standard Terms for Scanning, Copying and Coding Services ("Standard Terms"), and any written Proposal or other written agreement between ImageNet and Customer related to the services which modify the Standard Terms, which are incorporated herein. I am authorized to make this Agreement for Customer.

Received and Agreed: _____   Date: _____

Please send copy of invoice with check or reference invoice number on check to designate application of payment.

| | |
|---|---|
| SALE AMOUNT | 2677.08 |
| SALES TAX | 153.93 |
| TOTAL | 2831.01 |
| PAYMENT RECEIVED | |
| BALANCE DUE | 2831.01 |

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 5070 | 1088.60 | 1088.60 | Copies |
| 5072 | 60.75 | 60.75 | Color Copies |
| 5075 | 211.20 | 211.20 | Facsimiles |
| 5081 | 3840.98 | 3840.98 | Vendor Copies |
| 5100 | 6.48 | 6.48 | Long Distance Calls |
| 5110 | 48.92 | 48.92 | Federal Express or Delivery Service |
| 5110E | 149.57 | 149.57 | Federal Express Electronic Billing |
| 5140 | 4233.48 | 4233.48 | Travel |
| 5140A | 32.55 | 32.55 | Travel |
| 5170 | 5735.55 | 5735.55 | Depositions |
| 5190 | 120.87 | 120.87 | Service/ Filing Fee |
| 5250A | 30.97 | 30.97 | Business Meetings/Meals |
| 5400 | .00 | .00 | Computer Research |
| 5402 | .00 | .00 | Computer Research-Westlaw |
| 5404 | .00 | .00 | Computer Research-Pacer |
| 5500A | 10.00 | 10.00 | Miscellaneous |
| TOTAL | 15569.92 | 15569.92 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/01/2005 | 0068 | Linda C. Conner | 5070 | 31.00 | 0.10 | 3.10 | Copies | 1633672 |
| 04/13/2005 | | Invoice=353963 | | 31.00 | 0.10 | 3.10 | | |
| 03/02/2005 | 3459 | Ernest McPhatter | 5070 | 246.00 | 0.10 | 24.60 | Copies | 1633671 |
| 04/13/2005 | | Invoice=353963 | | 246.00 | 0.10 | 24.60 | | |
| 03/02/2005 | 3459 | Ernest McPhatter | 5070 | 171.00 | 0.10 | 17.10 | Copies | 1633673 |
| 04/13/2005 | | Invoice=353963 | | 171.00 | 0.10 | 17.10 | | |
| 03/04/2005 | 0650 | Steven R. Semler | 5070 | 33.00 | 0.10 | 3.30 | Copies | 1636611 |
| 04/13/2005 | | Invoice=353963 | | 33.00 | 0.10 | 3.30 | | |
| 03/18/2005 | 0650 | Steven R. Semler | 5070 | 39.00 | 0.10 | 3.90 | Copies | 1656145 |
| 04/13/2005 | | Invoice=353963 | | 39.00 | 0.10 | 3.90 | | |
| 03/21/2005 | 0650 | Steven R. Semler | 5070 | 4.00 | 0.10 | 0.40 | Copies | 1657762 |
| 04/13/2005 | | Invoice=353963 | | 4.00 | 0.10 | 0.40 | | |
| 03/30/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 143.00 | 0.10 | 14.30 | Copies | 1672316 |
| 04/13/2005 | | Invoice=353963 | | 143.00 | 0.10 | 14.30 | | |
| 03/31/2005 | 0650 | Steven R. Semler | 5070 | 40.00 | 0.10 | 4.00 | Copies | 1674292 |
| 04/13/2005 | | Invoice=353963 | | 40.00 | 0.10 | 4.00 | | |
| 04/01/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 4.00 | 0.10 | 0.40 | Copies | 1679282 |
| 05/11/2005 | | Invoice=358805 | | 4.00 | 0.10 | 0.40 | | |
| 04/01/2005 | 0068 | Linda C. Conner | 5070 | 7.00 | 0.10 | 0.70 | Copies | 1679283 |
| 05/11/2005 | | Invoice=358805 | | 7.00 | 0.10 | 0.70 | | |
| 04/04/2005 | 0068 | Linda C. Conner | 5070 | 2.00 | 0.10 | 0.20 | Copies | 1679284 |
| 05/11/2005 | | Invoice=358805 | | 2.00 | 0.10 | 0.20 | | |
| 04/11/2005 | 0952 | THIEN-BAU TRINH | 5070 | 675.00 | 0.10 | 67.50 | Copies | 1692258 |
| 05/11/2005 | | Invoice=358805 | | 675.00 | 0.10 | 67.50 | | |
| 05/05/2005 | 0650 | Steven R. Semler | 5070 | 110.00 | 0.10 | 11.00 | Copies | 1722792 |
| 06/10/2005 | | Invoice=363815 | | 110.00 | 0.10 | 11.00 | | |
| 05/09/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 86.00 | 0.10 | 8.60 | Copies | 1725240 |
| 06/10/2005 | | Invoice=363815 | | 86.00 | 0.10 | 8.60 | | |
| 05/23/2005 | 0650 | Steven R. Semler | 5070 | 30.00 | 0.10 | 3.00 | Copies | 1741196 |
| 06/10/2005 | | Invoice=363815 | | 30.00 | 0.10 | 3.00 | | |
| 05/23/2005 | 0068 | Linda C. Conner | 5070 | 46.00 | 0.10 | 4.60 | Copies | 1741197 |
| 06/10/2005 | | Invoice=363815 | | 46.00 | 0.10 | 4.60 | | |
| 05/26/2005 | 0068 | Linda C. Conner | 5070 | 82.00 | 0.10 | 8.20 | Copies | 1747416 |
| 06/10/2005 | | Invoice=363815 | | 82.00 | 0.10 | 8.20 | | |
| 06/01/2005 | 0650 | Steven R. Semler | 5070 | 69.00 | 0.10 | 6.90 | Copies | 1757641 |
| 07/18/2005 | | Invoice=368679 | | 69.00 | 0.10 | 6.90 | | |
| 06/08/2005 | 0650 | Steven R. Semler | 5070 | 12.00 | 0.10 | 1.20 | Copies | 1765337 |
| 07/18/2005 | | Invoice=368679 | | 12.00 | 0.10 | 1.20 | | |
| 06/09/2005 | 0650 | Steven R. Semler | 5070 | 7.00 | 0.10 | 0.70 | Copies | 1768284 |
| 07/18/2005 | | Invoice=368679 | | 7.00 | 0.10 | 0.70 | | |
| 06/09/2005 | 0650 | Steven R. Semler | 5070 | 30.00 | 0.10 | 3.00 | Copies | 1768285 |
| 07/18/2005 | | Invoice=368679 | | 30.00 | 0.10 | 3.00 | | |
| 06/14/2005 | 0650 | Steven R. Semler | 5070 | 15.00 | 0.10 | 1.50 | Copies | 1775377 |
| 07/18/2005 | | Invoice=368679 | | 15.00 | 0.10 | 1.50 | | |
| 06/15/2005 | 9695 | David C. Tufts | 5070 | 64.00 | 0.10 | 6.40 | Copies | 1775378 |
| 07/18/2005 | | Invoice=368679 | | 64.00 | 0.10 | 6.40 | | |
| 06/15/2005 | 9695 | David C. Tufts | 5070 | 37.00 | 0.10 | 3.70 | Copies | 1775379 |
| 07/18/2005 | | Invoice=368679 | | 37.00 | 0.10 | 3.70 | | |
| 06/15/2005 | 9695 | David C. Tufts | 5070 | 167.00 | 0.10 | 16.70 | Copies | 1775380 |
| 07/18/2005 | | Invoice=368679 | | 167.00 | 0.10 | 16.70 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/15/2005 | 9695 | David C. Tufts | 5070 | 197.00 | 0.10 | 19.70 | Copies | 1778312 |
| 07/18/2005 | | Invoice=368679 | | 197.00 | 0.10 | 19.70 | | |
| 06/15/2005 | 9695 | David C. Tufts | 5070 | 10.00 | 0.10 | 1.00 | Copies | 1778313 |
| 07/18/2005 | | Invoice=368679 | | 10.00 | 0.10 | 1.00 | | |
| 06/16/2005 | 0650 | Steven R. Semler | 5070 | 5.00 | 0.10 | 0.50 | Copies | 1778311 |
| 07/18/2005 | | Invoice=368679 | | 5.00 | 0.10 | 0.50 | | |
| 06/21/2005 | 0650 | Steven R. Semler | 5070 | 24.00 | 0.10 | 2.40 | Copies | 1789475 |
| 07/18/2005 | | Invoice=368679 | | 24.00 | 0.10 | 2.40 | | |
| 06/22/2005 | 0650 | Steven R. Semler | 5070 | 57.00 | 0.10 | 5.70 | Copies 99999 | 1828779 |
| 08/08/2005 | | Invoice=371389 | | 57.00 | 0.10 | 5.70 | | |
| 06/24/2005 | 5020 | Anna J. Freeman | 5070 | 147.00 | 0.10 | 14.70 | Copies | 1794476 |
| 07/18/2005 | | Invoice=368679 | | 147.00 | 0.10 | 14.70 | | |
| 07/01/2005 | 0650 | Steven R. Semler | 5070 | 215.00 | 0.10 | 21.50 | Copies | 1804698 |
| 08/08/2005 | | Invoice=371389 | | 215.00 | 0.10 | 21.50 | | |
| 07/01/2005 | 0650 | Steven R. Semler | 5070 | 130.00 | 0.10 | 13.00 | Copies | 1804699 |
| 08/08/2005 | | Invoice=371389 | | 130.00 | 0.10 | 13.00 | | |
| 07/01/2005 | 0650 | Steven R. Semler | 5070 | 11.00 | 0.10 | 1.10 | Copies | 1804700 |
| 08/08/2005 | | Invoice=371389 | | 11.00 | 0.10 | 1.10 | | |
| 07/07/2005 | 0650 | Steven R. Semler | 5070 | 2.00 | 0.10 | 0.20 | Copies | 1809621 |
| 08/08/2005 | | Invoice=371389 | | 2.00 | 0.10 | 0.20 | | |
| 07/11/2005 | 0952 | THIEN-BAU TRINH | 5070 | 372.00 | 0.10 | 37.20 | Copies | 1814200 |
| 08/08/2005 | | Invoice=371389 | | 372.00 | 0.10 | 37.20 | | |
| 07/11/2005 | 0952 | THIEN-BAU TRINH | 5070 | 2.00 | 0.10 | 0.20 | Copies | 1814201 |
| 08/08/2005 | | Invoice=371389 | | 2.00 | 0.10 | 0.20 | | |
| 07/12/2005 | 0650 | Steven R. Semler | 5070 | 1.00 | 0.10 | 0.10 | Copies | 1820048 |
| 08/08/2005 | | Invoice=371389 | | 1.00 | 0.10 | 0.10 | | |
| 07/13/2005 | 0650 | Steven R. Semler | 5070 | 24.00 | 0.10 | 2.40 | Copies | 1820049 |
| 08/08/2005 | | Invoice=371389 | | 24.00 | 0.10 | 2.40 | | |
| 07/13/2005 | 0952 | THIEN-BAU TRINH | 5070 | 76.00 | 0.10 | 7.60 | Copies | 1820050 |
| 08/08/2005 | | Invoice=371389 | | 76.00 | 0.10 | 7.60 | | |
| 07/14/2005 | 0650 | Steven R. Semler | 5070 | 26.00 | 0.10 | 2.60 | Copies | 1822981 |
| 08/08/2005 | | Invoice=371389 | | 26.00 | 0.10 | 2.60 | | |
| 07/15/2005 | 5020 | Anna J. Freeman | 5070 | 30.00 | 0.10 | 3.00 | Copies | 1822980 |
| 08/08/2005 | | Invoice=371389 | | 30.00 | 0.10 | 3.00 | | |
| 07/19/2005 | 5020 | Anna J. Freeman | 5070 | 78.00 | 0.10 | 7.80 | Copies | 1828782 |
| 08/08/2005 | | Invoice=371389 | | 78.00 | 0.10 | 7.80 | | |
| 07/19/2005 | 0650 | Steven R. Semler | 5070 | 17.00 | 0.10 | 1.70 | Copies | 1828783 |
| 08/08/2005 | | Invoice=371389 | | 17.00 | 0.10 | 1.70 | | |
| 07/20/2005 | 0650 | Steven R. Semler | 5070 | 210.00 | 0.10 | 21.00 | Copies | 1828778 |
| 08/08/2005 | | Invoice=371389 | | 210.00 | 0.10 | 21.00 | | |
| 07/20/2005 | 0650 | Steven R. Semler | 5070 | 18.00 | 0.10 | 1.80 | Copies | 1828780 |
| 08/08/2005 | | Invoice=371389 | | 18.00 | 0.10 | 1.80 | | |
| 07/20/2005 | 0650 | Steven R. Semler | 5070 | 90.00 | 0.10 | 9.00 | Copies | 1831686 |
| 08/08/2005 | | Invoice=371389 | | 90.00 | 0.10 | 9.00 | | |
| 07/20/2005 | 0650 | Steven R. Semler | 5070 | 22.00 | 0.10 | 2.20 | Copies | 1831688 |
| 08/08/2005 | | Invoice=371389 | | 22.00 | 0.10 | 2.20 | | |
| 07/25/2005 | 0952 | THIEN-BAU TRINH | 5070 | 76.00 | 0.10 | 7.60 | Copies | 1831687 |
| 08/08/2005 | | Invoice=371389 | | 76.00 | 0.10 | 7.60 | | |
| 07/26/2005 | 0952 | THIEN-BAU TRINH | 5070 | 2.00 | 0.10 | 0.20 | Copies | 1840241 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/08/2005 | | Invoice=371389 | | 2.00 | 0.10 | 0.20 | | |
| 08/01/2005 | 0650 | Steven R. Semler | 5070 | 8.00 | 0.10 | 0.80 | Copies | 1849913 |
| 09/12/2005 | | Invoice=378168 | | 8.00 | 0.10 | 0.80 | | |
| 08/01/2005 | 0650 | Steven R. Semler | 5070 | 192.00 | 0.10 | 19.20 | Copies | 1849915 |
| 09/12/2005 | | Invoice=378168 | | 192.00 | 0.10 | 19.20 | | |
| 08/01/2005 | 0650 | Steven R. Semler | 5070 | 5.00 | 0.10 | 0.50 | Copies | 1849916 |
| 09/12/2005 | | Invoice=378168 | | 5.00 | 0.10 | 0.50 | | |
| 08/01/2005 | 0650 | Steven R. Semler | 5070 | 16.00 | 0.10 | 1.60 | Copies | 1849917 |
| 09/12/2005 | | Invoice=378168 | | 16.00 | 0.10 | 1.60 | | |
| 08/02/2005 | 0952 | THIEN-BAU TRINH | 5070 | 14.00 | 0.10 | 1.40 | Copies | 1860793 |
| 09/12/2005 | | Invoice=378168 | | 14.00 | 0.10 | 1.40 | | |
| 08/02/2005 | 0650 | Steven R. Semler | 5070 | 7.00 | 0.10 | 0.70 | Copies | 1860796 |
| 09/12/2005 | | Invoice=378168 | | 7.00 | 0.10 | 0.70 | | |
| 08/02/2005 | 0952 | THIEN-BAU TRINH | 5070 | 122.00 | 0.10 | 12.20 | Copies | 1860798 |
| 09/12/2005 | | Invoice=378168 | | 122.00 | 0.10 | 12.20 | | |
| 08/02/2005 | 0952 | THIEN-BAU TRINH | 5070 | 68.00 | 0.10 | 6.80 | Copies | 1860804 |
| 09/12/2005 | | Invoice=378168 | | 68.00 | 0.10 | 6.80 | | |
| 08/03/2005 | 0650 | Steven R. Semler | 5070 | 3.00 | 0.10 | 0.30 | Copies | 1860794 |
| 09/12/2005 | | Invoice=378168 | | 3.00 | 0.10 | 0.30 | | |
| 08/03/2005 | 0068 | Linda C. Conner | 5070 | 64.00 | 0.10 | 6.40 | Copies | 1860797 |
| 09/12/2005 | | Invoice=378168 | | 64.00 | 0.10 | 6.40 | | |
| 08/03/2005 | 0068 | Linda C. Conner | 5070 | 37.00 | 0.10 | 3.70 | Copies | 1860800 |
| 09/12/2005 | | Invoice=378168 | | 37.00 | 0.10 | 3.70 | | |
| 08/03/2005 | 0068 | Linda C. Conner | 5070 | 101.00 | 0.10 | 10.10 | Copies | 1860803 |
| 09/12/2005 | | Invoice=378168 | | 101.00 | 0.10 | 10.10 | | |
| 08/04/2005 | 0650 | Steven R. Semler | 5070 | 3.00 | 0.10 | 0.30 | Copies | 1860795 |
| 09/12/2005 | | Invoice=378168 | | 3.00 | 0.10 | 0.30 | | |
| 08/04/2005 | 0068 | Linda C. Conner | 5070 | 10.00 | 0.10 | 1.00 | Copies | 1860799 |
| 09/12/2005 | | Invoice=378168 | | 10.00 | 0.10 | 1.00 | | |
| 08/04/2005 | 0650 | Steven R. Semler | 5070 | 58.00 | 0.10 | 5.80 | Copies | 1860801 |
| 09/12/2005 | | Invoice=378168 | | 58.00 | 0.10 | 5.80 | | |
| 08/05/2005 | 0650 | Steven R. Semler | 5070 | 2.00 | 0.10 | 0.20 | Copies | 1863271 |
| 09/12/2005 | | Invoice=378168 | | 2.00 | 0.10 | 0.20 | | |
| 08/05/2005 | 0650 | Steven R. Semler | 5070 | 104.00 | 0.10 | 10.40 | Copies | 1863272 |
| 09/12/2005 | | Invoice=378168 | | 104.00 | 0.10 | 10.40 | | |
| 08/10/2005 | 0650 | Steven R. Semler | 5070 | 28.00 | 0.10 | 2.80 | Copies | 1867306 |
| 09/12/2005 | | Invoice=378168 | | 28.00 | 0.10 | 2.80 | | |
| 08/12/2005 | 0068 | Linda C. Conner | 5070 | 2.00 | 0.10 | 0.20 | Copies | 1870136 |
| 09/12/2005 | | Invoice=378168 | | 2.00 | 0.10 | 0.20 | | |
| 08/16/2005 | 0650 | Steven R. Semler | 5070 | 80.00 | 0.10 | 8.00 | Copies | 1874453 |
| 09/12/2005 | | Invoice=378168 | | 80.00 | 0.10 | 8.00 | | |
| 08/23/2005 | 4040 | Ione Williams | 5070 | 111.00 | 0.10 | 11.10 | Copies | 1890623 |
| 09/12/2005 | | Invoice=378168 | | 111.00 | 0.10 | 11.10 | | |
| 08/25/2005 | 4040 | Ione Williams | 5070 | 26.00 | 0.10 | 2.60 | Copies | 1893412 |
| 09/12/2005 | | Invoice=378168 | | 26.00 | 0.10 | 2.60 | | |
| 08/29/2005 | 0650 | Steven R. Semler | 5070 | 5.00 | 0.10 | 0.50 | Copies | 1893410 |
| 09/12/2005 | | Invoice=378168 | | 5.00 | 0.10 | 0.50 | | |
| 08/29/2005 | 0952 | THIEN-BAU TRINH | 5070 | 212.00 | 0.10 | 21.20 | Copies | 1893411 |
| 09/12/2005 | | Invoice=378168 | | 212.00 | 0.10 | 21.20 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/29/2005 | 0952 | THIEN-BAU TRINH | 5070 | 21.00 | 0.10 | 2.10 | Copies | 1895527 |
| 09/12/2005 | | Invoice=378168 | | 21.00 | 0.10 | 2.10 | | |
| 08/30/2005 | 0650 | Steven R. Semler | 5070 | 5.00 | 0.10 | 0.50 | Copies | 1898376 |
| 09/12/2005 | | Invoice=378168 | | 5.00 | 0.10 | 0.50 | | |
| 08/30/2005 | 0650 | Steven R. Semler | 5070 | 4.00 | 0.10 | 0.40 | Copies | 1898377 |
| 09/12/2005 | | Invoice=378168 | | 4.00 | 0.10 | 0.40 | | |
| 08/30/2005 | 0650 | Steven R. Semler | 5070 | 5.00 | 0.10 | 0.50 | Copies | 1898378 |
| 09/12/2005 | | Invoice=378168 | | 5.00 | 0.10 | 0.50 | | |
| 08/31/2005 | 0952 | THIEN-BAU TRINH | 5070 | 405.00 | 0.10 | 40.50 | Copies | 1898379 |
| 09/12/2005 | | Invoice=378168 | | 405.00 | 0.10 | 40.50 | | |
| 09/01/2005 | 0952 | THIEN-BAU TRINH | 5070 | 180.00 | 0.10 | 18.00 | Copies | 1902213 |
| 10/11/2005 | | Invoice=382996 | | 180.00 | 0.10 | 18.00 | | |
| 09/06/2005 | 5020 | Anna J. Freeman | 5070 | 324.00 | 0.10 | 32.40 | Copies | 1907708 |
| 10/11/2005 | | Invoice=382996 | | 324.00 | 0.10 | 32.40 | | |
| 09/06/2005 | 4754 | Faye Rodman | 5070 | 27.00 | 0.10 | 2.70 | Copies | 1907710 |
| 10/11/2005 | | Invoice=382996 | | 27.00 | 0.10 | 2.70 | | |
| 09/06/2005 | 5020 | Anna J. Freeman | 5070 | 166.00 | 0.10 | 16.60 | Copies | 1907711 |
| 10/11/2005 | | Invoice=382996 | | 166.00 | 0.10 | 16.60 | | |
| 09/06/2005 | 5020 | Anna J. Freeman | 5070 | 381.00 | 0.10 | 38.10 | Copies | 1907712 |
| 10/11/2005 | | Invoice=382996 | | 381.00 | 0.10 | 38.10 | | |
| 09/06/2005 | 5020 | Anna J. Freeman | 5070 | 63.00 | 0.10 | 6.30 | Copies | 1907713 |
| 10/11/2005 | | Invoice=382996 | | 63.00 | 0.10 | 6.30 | | |
| 09/07/2005 | 0650 | Steven R. Semler | 5070 | 1.00 | 0.10 | 0.10 | Copies | 1907709 |
| 10/11/2005 | | Invoice=382996 | | 1.00 | 0.10 | 0.10 | | |
| 09/08/2005 | 0952 | THIEN-BAU TRINH | 5070 | 190.00 | 0.10 | 19.00 | Copies | 1910186 |
| 10/11/2005 | | Invoice=382996 | | 190.00 | 0.10 | 19.00 | | |
| 09/13/2005 | 0650 | Steven R. Semler | 5070 | 13.00 | 0.10 | 1.30 | Copies | 1917423 |
| 10/11/2005 | | Invoice=382996 | | 13.00 | 0.10 | 1.30 | | |
| 09/14/2005 | 5020 | Anna J. Freeman | 5070 | 31.00 | 0.10 | 3.10 | Copies | 1919739 |
| 10/11/2005 | | Invoice=382996 | | 31.00 | 0.10 | 3.10 | | |
| 09/14/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 260.00 | 0.10 | 26.00 | Copies | 1919741 |
| 10/11/2005 | | Invoice=382996 | | 260.00 | 0.10 | 26.00 | | |
| 09/14/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 260.00 | 0.10 | 26.00 | Copies | 1919742 |
| 10/11/2005 | | Invoice=382996 | | 260.00 | 0.10 | 26.00 | | |
| 09/15/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 38.00 | 0.10 | 3.80 | Copies | 1919738 |
| 10/11/2005 | | Invoice=382996 | | 38.00 | 0.10 | 3.80 | | |
| 09/15/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 126.00 | 0.10 | 12.60 | Copies | 1919740 |
| 10/11/2005 | | Invoice=382996 | | 126.00 | 0.10 | 12.60 | | |
| 09/19/2005 | 5020 | Anna J. Freeman | 5070 | 55.00 | 0.10 | 5.50 | Copies | 1921913 |
| 10/11/2005 | | Invoice=382996 | | 55.00 | 0.10 | 5.50 | | |
| 09/19/2005 | 0650 | Steven R. Semler | 5070 | 36.00 | 0.10 | 3.60 | Copies | 1921914 |
| 10/11/2005 | | Invoice=382996 | | 36.00 | 0.10 | 3.60 | | |
| 09/19/2005 | 0068 | Linda C. Conner | 5070 | 4.00 | 0.10 | 0.40 | Copies | 1921915 |
| 10/11/2005 | | Invoice=382996 | | 4.00 | 0.10 | 0.40 | | |
| 09/19/2005 | 0068 | Linda C. Conner | 5070 | 1.00 | 0.10 | 0.10 | Copies | 1921916 |
| 10/11/2005 | | Invoice=382996 | | 1.00 | 0.10 | 0.10 | | |
| 09/19/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 66.00 | 0.10 | 6.60 | Copies | 1921917 |
| 10/11/2005 | | Invoice=382996 | | 66.00 | 0.10 | 6.60 | | |
| 09/19/2005 | 0650 | Steven R. Semler | 5070 | 286.00 | 0.10 | 28.60 | Copies | 1921918 |
| 10/11/2005 | | Invoice=382996 | | 286.00 | 0.10 | 28.60 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/19/2005 | 0068 | Linda C. Conner | 5070 | 23.00 | 0.10 | 2.30 | Copies | 1921919 |
| 10/11/2005 | | Invoice=382996 | | 23.00 | 0.10 | 2.30 | | |
| 09/21/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 128.00 | 0.10 | 12.80 | Copies | 1928100 |
| 10/11/2005 | | Invoice=382996 | | 128.00 | 0.10 | 12.80 | | |
| 09/22/2005 | 0650 | Steven R. Semler | 5070 | 4.00 | 0.10 | 0.40 | Copies | 1928101 |
| 10/11/2005 | | Invoice=382996 | | 4.00 | 0.10 | 0.40 | | |
| 09/23/2005 | 0952 | THIEN-BAU TRINH | 5070 | 1.00 | 0.10 | 0.10 | Copies | 1930905 |
| 10/11/2005 | | Invoice=382996 | | 1.00 | 0.10 | 0.10 | | |
| 09/23/2005 | 0952 | THIEN-BAU TRINH | 5070 | 196.00 | 0.10 | 19.60 | Copies | 1930907 |
| 10/11/2005 | | Invoice=382996 | | 196.00 | 0.10 | 19.60 | | |
| 09/26/2005 | 0650 | Steven R. Semler | 5070 | 3.00 | 0.10 | 0.30 | Copies | 1930906 |
| 10/11/2005 | | Invoice=382996 | | 3.00 | 0.10 | 0.30 | | |
| 09/28/2005 | 0650 | Steven R. Semler | 5070 | 29.00 | 0.10 | 2.90 | Copies | 1936733 |
| 10/11/2005 | | Invoice=382996 | | 29.00 | 0.10 | 2.90 | | |
| 09/28/2005 | 9710 | KATHY M. MOLYNEUX | 5070 | 44.00 | 0.10 | 4.40 | Copies | 1936735 |
| 10/11/2005 | | Invoice=382996 | | 44.00 | 0.10 | 4.40 | | |
| 10/07/2005 | 0650 | Steven R. Semler | 5070 | 30.00 | 0.10 | 3.00 | Copies | 1961767 |
| 11/04/2005 | | Invoice=384461 | | 30.00 | 0.10 | 3.00 | | |
| 10/10/2005 | 0650 | Steven R. Semler | 5070 | 28.00 | 0.10 | 2.80 | Copies | 1961766 |
| 11/04/2005 | | Invoice=384461 | | 28.00 | 0.10 | 2.80 | | |
| 10/13/2005 | 0650 | Steven R. Semler | 5070 | 10.00 | 0.10 | 1.00 | Copies | 1969349 |
| 11/04/2005 | | Invoice=384461 | | 10.00 | 0.10 | 1.00 | | |
| 10/16/2005 | 7443 | John B. Flood | 5070 | 7.00 | 0.10 | 0.70 | Copies copy of plaintiff's 3rd discovery | 1969348 |
| 11/04/2005 | | Invoice=384461 | | 7.00 | 0.10 | 0.70 | request | |
| 10/17/2005 | 0650 | Steven R. Semler | 5070 | 13.00 | 0.10 | 1.30 | Copies | 1971018 |
| 11/04/2005 | | Invoice=384461 | | 13.00 | 0.10 | 1.30 | | |
| 10/19/2005 | 0650 | Steven R. Semler | 5070 | 8.00 | 0.10 | 0.80 | Copies | 1984089 |
| 11/04/2005 | | Invoice=384461 | | 8.00 | 0.10 | 0.80 | | |
| 10/20/2005 | 0650 | Steven R. Semler | 5070 | 211.00 | 0.10 | 21.10 | Copies | 1984090 |
| 11/04/2005 | | Invoice=384461 | | 211.00 | 0.10 | 21.10 | | |
| 10/20/2005 | 0650 | Steven R. Semler | 5070 | 108.00 | 0.10 | 10.80 | Copies | 1984091 |
| 11/04/2005 | | Invoice=384461 | | 108.00 | 0.10 | 10.80 | | |
| 10/24/2005 | 0650 | Steven R. Semler | 5070 | 31.00 | 0.10 | 3.10 | Copies | 1987175 |
| 11/04/2005 | | Invoice=384461 | | 31.00 | 0.10 | 3.10 | | |
| 10/24/2005 | 0650 | Steven R. Semler | 5070 | 4.00 | 0.10 | 0.40 | Copies | 1987177 |
| 11/04/2005 | | Invoice=384461 | | 4.00 | 0.10 | 0.40 | | |
| 10/24/2005 | 0650 | Steven R. Semler | 5070 | 3.00 | 0.10 | 0.30 | Copies | 1987179 |
| 11/04/2005 | | Invoice=384461 | | 3.00 | 0.10 | 0.30 | | |
| 10/25/2005 | 0650 | Steven R. Semler | 5070 | 10.00 | 0.10 | 1.00 | Copies | 1987172 |
| 11/04/2005 | | Invoice=384461 | | 10.00 | 0.10 | 1.00 | | |
| 10/25/2005 | 0650 | Steven R. Semler | 5070 | 53.00 | 0.10 | 5.30 | Copies | 1987173 |
| 11/04/2005 | | Invoice=384461 | | 53.00 | 0.10 | 5.30 | | |
| 10/25/2005 | 0650 | Steven R. Semler | 5070 | 78.00 | 0.10 | 7.80 | Copies | 1987174 |
| 11/04/2005 | | Invoice=384461 | | 78.00 | 0.10 | 7.80 | | |
| 10/25/2005 | 7443 | John B. Flood | 5070 | 46.00 | 0.10 | 4.60 | Copies copy of Donnelle Cate depo., submit with | 1987176 |
| 11/04/2005 | | Invoice=384461 | | 46.00 | 0.10 | 4.60 | opposit ion to plaintiff's motion for more | |
| | | | | | | | depositions. | |
| 10/26/2005 | 0650 | Steven R. Semler | 5070 | 75.00 | 0.10 | 7.50 | Copies | 1989982 |
| 11/04/2005 | | Invoice=384461 | | 75.00 | 0.10 | 7.50 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/26/2005 | 0650 | Steven R. Semler | 5070 | 22.00 | 0.10 | 2.20 | Copies | 1989984 |
| 11/04/2005 | | Invoice=384461 | | 22.00 | 0.10 | 2.20 | | |
| 10/26/2005 | 0650 | Steven R. Semler | 5070 | 6.00 | 0.10 | 0.60 | Copies | 1989987 |
| 11/04/2005 | | Invoice=384461 | | 6.00 | 0.10 | 0.60 | | |
| 10/27/2005 | 0650 | Steven R. Semler | 5070 | 8.00 | 0.10 | 0.80 | Copies | 1989983 |
| 11/04/2005 | | Invoice=384461 | | 8.00 | 0.10 | 0.80 | | |
| 10/27/2005 | 7443 | John B. Flood | 5070 | 49.00 | 0.10 | 4.90 | Copies copy/supp. discov reply w/attachments | 1989985 |
| 11/04/2005 | | Invoice=384461 | | 49.00 | 0.10 | 4.90 | | |
| 10/28/2005 | 0061 | W. Gregory Mott | 5070 | 5.00 | 0.10 | 0.50 | Copies | 1989981 |
| 11/04/2005 | | Invoice=384461 | | 5.00 | 0.10 | 0.50 | | |
| 10/31/2005 | 0650 | Steven R. Semler | 5070 | 21.00 | 0.10 | 2.10 | Copies | 1992000 |
| 11/04/2005 | | Invoice=384461 | | 21.00 | 0.10 | 2.10 | | |
| 10/31/2005 | 0061 | W. Gregory Mott | 5070 | 20.00 | 0.10 | 2.00 | Copies | 1992001 |
| 11/04/2005 | | Invoice=384461 | | 20.00 | 0.10 | 2.00 | | |
| 10/31/2005 | 0061 | W. Gregory Mott | 5070 | 14.00 | 0.10 | 1.40 | Copies | 1992002 |
| 11/04/2005 | | Invoice=384461 | | 14.00 | 0.10 | 1.40 | | |
| 10/31/2005 | 0650 | Steven R. Semler | 5070 | 55.00 | 0.10 | 5.50 | Copies | 1992003 |
| 11/04/2005 | | Invoice=384461 | | 55.00 | 0.10 | 5.50 | | |
| 10/31/2005 | 0650 | Steven R. Semler | 5070 | 1.00 | 0.10 | 0.10 | Copies | 2004216 |
| 11/01/2005 | 0061 | W. Gregory Mott | 5070 | 48.00 | 0.10 | 4.80 | Copies | 2006691 |
| 11/01/2005 | 0952 | THIEN-BAU TRINH | 5070 | 68.00 | 0.10 | 6.80 | Copies | 2006692 |
| 11/02/2005 | 0650 | Steven R. Semler | 5070 | 66.00 | 0.10 | 6.60 | Copies | 2006688 |
| 11/02/2005 | 0650 | Steven R. Semler | 5070 | 22.00 | 0.10 | 2.20 | Copies | 2006689 |
| 11/02/2005 | 0650 | Steven R. Semler | 5070 | 12.00 | 0.10 | 1.20 | Copies | 2006690 |
| 11/04/2005 | 0650 | Steven R. Semler | 5070 | 3.00 | 0.10 | 0.30 | Copies | 2009718 |
| 11/04/2005 | 0650 | Steven R. Semler | 5070 | 912.00 | 0.10 | 91.20 | Copies | 2009719 |
| 11/04/2005 | 0650 | Steven R. Semler | 5070 | 3.00 | 0.10 | 0.30 | Copies | 2009720 |
| 11/08/2005 | 0650 | Steven R. Semler | 5070 | 24.00 | 0.10 | 2.40 | Copies | 2012700 |
| 11/08/2005 | 0650 | Steven R. Semler | 5070 | 34.00 | 0.10 | 3.40 | Copies | 2012701 |
| 11/08/2005 | 0650 | Steven R. Semler | 5070 | 6.00 | 0.10 | 0.60 | Copies | 2012702 |
| 11/09/2005 | 0650 | Steven R. Semler | 5070 | 21.00 | 0.10 | 2.10 | Copies | 2012703 |
| 11/10/2005 | 0952 | THIEN-BAU TRINH | 5070 | 105.00 | 0.10 | 10.50 | Copies | 2015569 |
| | | UNBILLED TOTALS: WORK | | | | 132.50 | 14 records | |
| | | UNBILLED TOTALS: BILL: | | | | 132.50 | | |
| | | BILLED TOTALS: WORK: | | | | 956.10 | 132 records | |
| | | BILLED TOTALS: BILL: | | | | 956.10 | | |
| | | GRAND TOTAL: WORK: | | | | 1,088.60 | 146 records | |
| | | GRAND TOTAL: BILL: | | | | 1,088.60 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/20/2005 | 0090 | Caren Murphy | 5072 | 2.00 | 0.75 | 1.50 | Color Copies | 1828781 |
| 08/08/2005 | | Invoice=371389 | | 2.00 | 0.75 | 1.50 | | |
| 07/27/2005 | 0090 | Caren Murphy | 5072 | 6.00 | 0.75 | 4.50 | Color Copies | 1842188 |
| 08/08/2005 | | Invoice=371389 | | 6.00 | 0.75 | 4.50 | | |
| 09/27/2005 | 0090 | Caren Murphy | 5072 | 7.00 | 0.75 | 5.25 | Color Copies | 1936734 |
| 10/11/2005 | | Invoice=382996 | | 7.00 | 0.75 | 5.25 | | |
| 10/18/2005 | 0090 | Caren Murphy | 5072 | 6.00 | 0.75 | 4.50 | Color Copies | 1975773 |
| 11/04/2005 | | Invoice=384461 | | 6.00 | 0.75 | 4.50 | | |
| 10/18/2005 | 0090 | Caren Murphy | 5072 | 6.00 | 0.75 | 4.50 | Color Copies | 1981385 |
| 11/04/2005 | | Invoice=384461 | | 6.00 | 0.75 | 4.50 | | |
| 10/26/2005 | 0090 | Caren Murphy | 5072 | 46.00 | 0.75 | 34.50 | Color Copies | 1987178 |
| 11/04/2005 | | Invoice=384461 | | 46.00 | 0.75 | 34.50 | | |
| 10/27/2005 | 0090 | Caren Murphy | 5072 | 8.00 | 0.75 | 6.00 | Color Copies | 1989986 |
| 11/04/2005 | | Invoice=384461 | | 8.00 | 0.75 | 6.00 | | |
| | | BILLED TOTALS:   WORK: | | | | 60.75 | 7 records | |
| | | BILLED TOTALS:   BILL: | | | | 60.75 | | |
| | | GRAND TOTAL:    WORK: | | | | 60.75 | 7 records | |
| | | GRAND TOTAL:    BILL: | | | | 60.75 | | |